UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00154

**Robert Lynn Tapley,**
*Plaintiff,*

v.

**City of Winona, Texas,**
*Defendant.*

# ORDER

Before the court is plaintiff's motion to dismiss. Doc. 28. The court construes it as a voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(2). Upon review of plaintiff's motion, the court finds the terms of dismissal proper. Plaintiff wishes to dismiss all claims against defendant with prejudice, as all matters in controversy have settled. *Id.* No counterclaims have been filed. Accordingly, plaintiff's motion (Doc. 28) is granted and all claims against the City of Winona, Texas are dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on May 17, 2022.*

J. Campbell Barker
United States District Judge